IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENISE KAPPEL, | |
| *Movant,* | No.: 08 CV 1991 |
| v. | JUDGE LEINENWEBER |
| ADVANCED EQUITIES, INC., | MAGISTRATE JUDGE ASHMAN |
| *Respondent.* | |

## NOTICE OF MOTION

TO:   Alan F. Block, alan@block-landsman.com
         Nicholas P. Iavarone, niavarone@iavaronefirm.com

PLEASE TAKE NOTICE that on Thursday, May 8, 2008 at 9:00 a.m., we shall appear before the Honorable Judge Harry D. Leinenweber, Room 1914 of the U.S. District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Respondent's Counterpetition to Modify the Arbitration Award and in Opposition to Movant's Motion to Confirm* and *Memorandum of Law in Support of Respondent's Counterpetition to Modify the arbitration Award and in Opposition to Movant's Motion to Confirm*, copies of which are hereby served upon you by CM-ECF.

DATED: May 6, 2008           Respectfully submitted,

                             Advanced Equities Inc., *Respondent*


                             BY:      s/ James D. Wilson
                                      One of its attorneys

James D. Wilson (ARDC 3033643)
jwilson@shefskylaw.com
Sarah R. Farrell (ARDC 6282834)
sfarrell@shefskylaw.com
Attorneys for Respondent
SHEFSKY & FROELICH LTD.
111 East Wacker Drive, # 2800
Chicago, Illinois 60601
(312) 527-4000
1083250_1