IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISCTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **DENISE KAPPEL,** ) | |
| ) | |
| **Movant** ) | |
| ) | **Case No. 08 CV 1991** |
| v. ) | **Judge Leinenweber** |
| ) | **Magistrate Judge Ashman** |
| **ADVANCED EQUITIES, INC,** ) | |
| ) | |
| **Respondent** ) | |

## NOTICE OF MOTION

To:  James D. Wilson
    Sarah R. Farrell
    Shefsky & Frolich
    111 E. Wacker Drive, #2800
    Chicago, Illinois 60601

PLEASE TAKE NOTICE that on Thursday, May 8, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall file before the Honorable Judge Harry D. Leinenweber in Room 1941 of the Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present *Movant's Motion for Sanctions Pursuant to 29 U.S.C. § 1927*, a copy of which is attached hereto.

Respectfully submitted,

_____
One of Movant's Attorney's

Nicholas P. Iavarone, Esq.
The Iavarone Law Firm, P.C.
11 S. LaSalle Street, Suite 1600
Chicago, Illinois 60604
(312) 637-9466
(800) 417-0580 (fax)

Dated: May 7, 2008