**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Denise Kappel
                            Plaintiff,

v.                                               Case No.: 1:08–cv–01991
                                                       Honorable Harry D. Leinenweber

Advanced Equities, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

      MINUTE entry before Judge Honorable Harry D. Leinenweber: Movant's Motion to Confirm Arbitration Award now scheduled for 5/8/2008 is reset by the Court to 5/15/2008 at 9:00 a.m. Respondent's Motion to Modify is reset by the Court to 5/15/2008 at 9:00 a.m.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.