# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISCTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **DENISE KAPPEL,** | ) | |
| | ) | |
| **Movant** | ) | |
| | ) | **Case No. 08 CV 1991** |
| v. | ) | **Judge Leinenweber** |
| | ) | **Magistrate Judge Ashman** |
| **ADVANCED EQUITIES, INC,** | ) | |
| | ) | |
| **Respondent** | ) | |

## NOTICE OF FILING

To:  James D. Wilson
     Sarah R. Farrell
     Shefsky & Frolich
     111 E. Wacker Drive, #2800
     Chicago, Illinois 60601

PLEASE TAKE NOTICE that Movant has caused to be filed on May 13, 2008 *Movant's Addendum To Motion For Sanctions Pursuant to 29 U.S.C. § 1927*, a copy of which is attached hereto.

Respectfully submitted,

_____
One of Movant's Attorney's

Nicholas P. Iavarone, Esq.
The Iavarone Law Firm, P.C.
11 S. LaSalle Street, Suite 1600
Chicago, Illinois 60604
(312) 637-9466
(800) 417-0580 (fax)

Dated: May 13, 2008