IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISCTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **DENISE KAPPEL,** | ) | |
| | ) | |
| **Movant** | ) | |
| | ) | **Case No. 08 CV 1991** |
| v. | ) | **Judge Leinenweber** |
| | ) | **Magistrate Judge Ashman** |
| **ADVANCED EQUITIES, INC,** | ) | |
| | ) | |
| **Respondent** | ) | |

## NOTICE OF FILING

To:  James D. Wilson
  Sarah R. Farrell
  Shefsky & Frolich
  111 E. Wacker Drive, #2800
  Chicago, Illinois 60601

  PLEASE TAKE NOTICE that Movant has caused to be filed on May 14, 2008

*Movant's Reply Respondent's Response To Motion For Sanctions Pursuant to 29 U.S.C. § 1927.*

                    Respectfully submitted,

                    _____
                    One of Movant's Attorney's

Nicholas P. Iavarone, Esq.
The Iavarone Law Firm, P.C.
11 S. LaSalle Street, Suite 1600
Chicago, Illinois 60604
(312) 637-9466
(800) 417-0580 (fax)


Dated: May 13, 2008