## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1991 | **DATE** | June 18, 2008 |
| **CASE TITLE** | Denise Kappel vs. Advanced Equities, Inc. | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: The Court affirms the award of $200,000 on the Title VII claim; the Court modifies and confirms the award on the breach of employment contract claim of $201,754; and the Court confirms the award of $80,000 for attorney's fees for a total award of $481,754. The Movant's Motion for Sanctions is Denied.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
Mailed AO 450 form.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|